**STATE of Missouri, Respondent,**

v.

**Sergio P. WYATT, Appellant.**

**No. WD 65671.**

Missouri Court of Appeals, Western District.

July 15, 2008.

Ray E. Sousley, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie L. Wan, Asst. Attorney General, Jefferson City, MO, joins on the briefs.

Before PAUL M. SPINDEN, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

*Order*

PER CURIAM.

Sergio Wyatt appeals his convictions for two counts of assault in the first degree in violation of section 565.050, RSMo 2000, and one count of assault in the second degree in violation of section 565.060, RSMo 2000.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).